# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jonathan A. Otterstrom, | Civil No. 12-1813 (RHK/JJK) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Pinnacle Financial Group, Inc., a Minnesota corporation, | |
| Defendant. | |

Based on the Notice of Voluntary Dismissal With Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint against the Defendant is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 7, 2012

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge